**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS**

| | |
|---|---|
| **FREDERICK "GUY" BERNDT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )      **Case No. 08-1067-EFM** |
| | ) |
| **ROBERT A. LEVY,** | ) |
| | ) |
| **Defendant.** | ) |

**JOINT STIPULATION OF DISMISSAL**

COME NOW the parties hereto, and stipulate and agree that the claims of Plaintiff

Fredrick G. Berndt against Defendant Robert A. Levy are hereby dismissed, with prejudice, each

party to bear their own costs.

Respectfully submitted,

WARNER LAW OFFICES, P.A.

By:_____/s/ Thomas M. Warner, Jr._____
      THOMAS M. WARNER, JR.      #12004
      ANNE H. PANKRATZ      #12941
      310 West Central, Suite 110
      Wichita, Kansas  67202
      Telephone:  (316) 269-2500
      Facsimile:  (316) 269-1430

*ATTORNEYS FOR PLAINTIFF*

MORROW WILLNAUER KLOSTERMAN CHURCH, L.L.C.

By:_____/s/ Daniel F. Church_____
      DANIEL F. CHURCH      #12100
      RYAN R. COX      #21819
      10401 Holmes, Suite 300
      Kansas City, Missouri 64131-3405
      Telephone:  (816) 382-1382
      Facsimile:  (816) 382-1383

*ATTORNEYS FOR DEFENDANT*