# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| FREDERICK "GUY" BERNDT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 08-1067-EFM |
| | ) |
| ROBERT A. LEVY, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Upon the Stipulation of Dismissal (Doc. No. 186) filed by the parties, the Court hereby dismisses this action, with prejudice, each party to bear their own costs.

April 26, 2012
DATED

HONORABLE ERIC F. MELGREN